1   C. BENJAMIN SCROGGINS, ESQ.
    Nevada Bar No. 7902
2   THE LAW FIRM OF
    C. BENJAMIN SCROGGINS, CHTD.
3   629 South Casino Center Boulevard
    Las Vegas, Nevada  89101
4   Tel.:  (702) 328-5550
    Fax:  (702) 442-8660
5   info@cbscrogginslaw.com

6   *Attorney for Defendant*,
    *GUILLERMO LOPEZ-VELASQUEZ*,

7

8                   **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10  UNITED STATES OF AMERICA,              CASE NO.:   2:22-mj-00370-BNW

11                    Plaintiff,           **Stipulation to Continue Trial Date**
                                           **(First Request)**
12        vs.

13  GUILLERMO LOPEZ-VELASQUEZ,

14                    Defendant.

15        Plaintiff, UNITED STATES OF AMERICA, by and through its attorney, Assistant

16  United States Attorney Angelica Marmorstein, and Defendant, GUILLERMO LOPEZ-

17  VELASQUEZ, by and through his attorney, C. Benjamin Scroggins, Esq., hereby stipulate to

18  continue the trial date in the above-captioned case.  This is the first request to continue the trial.

19  The reasons for this request are:  1) Defendant does not speak English and his counsel had to

20  arrange for an interpreter to review his discovery with him, discuss the case, and explain the

21  government's plea offer with him.  This has created delays in communication as each phase of

22  the case has required additional time to schedule meetings that fit into the schedules of the

23  defendant, his counsel and his interpreter.; and 2) Defendant's counsel has a bench trial

24  scheduled on the same day and time as this case, July 13, 2022, at 9:30 a.m. in the Las Vegas

1    Justice Court.  That trial is on a firm trial setting and cannot be continued.

2          The ends of justice served by granting this continuance outweigh the best interest of the

3    public and the defendant in a speedy trial.  This is the first requested continuance, the defendant

4    is fully aware of this Request, believes it is in his best interest, and has agreed to it.  It is

5    necessary that the defendant have a full understanding of the evidence in the case, the trial

6    process and all potential outcomes in order to make intelligent and informed decisions on how to

7    proceed.

8    Dated this 12th day of July, 2022.              Dated this 12th day of July, 2022.

9

10   _____              /s/ _Angelica Marmorstein_____

11   C. BENJAMIN SCROGGINS, ESQ.          ANGELICA MARMORSTEIN, ESQ.
     Nevada Bar No. 7902                  Assistant United States Attorney
12   629 South Casino Center Boulevard    501 Las Vegas Boulevard South, Suite 1100
     Las Vegas, Nevada  89101             Las Vegas, Nevada  89101
13   Tel.: (702) 328-5550                 Tel.: (702) 388-6055
     Fax: (702) 442-8660                  Fax: (702) 388-6418
14   info@cbscrogginslaw.com              Angelica.Marmorstein@usdoj.gov

15   *Attorney for Defendant*,            *Attorney for Plaintiff*,
     *GUILLERMO LOPEZ-VELASQUEZ*          *UNITED STATES OF AMERICA*

16

17                          **<u>ORDER</u>**
                   IT IS ORDERED that ECF No. 8 is GRANTED.

18
                   IT IS FURTHER ORDERED that the trial is continued to
19                 8/17/2022 at 9:00 a.m.

20                          **IT IS SO ORDERED**
                            **DATED:** 3:53 pm, July 12, 2022

21                          **BRENDA WEKSLER**
                            **UNITED STATES MAGISTRATE JUDGE**

22

23

24