C. Benjamin Scroggins, Esq.
Nevada Bar No. 7902
**The Law Firm of**
**C. Benjamin Scroggins, Chtd.**
629 South Casino Center Boulevard
Las Vegas, Nevada  89101
Tel.:  (702) 328-5550
Fax:  (702) 442-8660
info@cbscrogginslaw.com

*Attorney for Defendant*,
GUILLERMO LOPEZ-VELASQUEZ,

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>GUILLERMO LOPEZ-VELASQUEZ,<br><br>        Defendant. | CASE NO.:   2:22-mj-00370-BNW<br><br>**Joint Status Report** |

Plaintiff, UNITED STATES OF AMERICA, by and through their counsel, Imani Dixon, Esq., and Defendant, GUILLERMO LOPEZ-VELAZQUEZ, by and through his counsel, C. Benjamin Scroggins, Esq. hereby files this Joint Status Report. The foregoing Joint Status Report has been approved as to content and form by and through counsel for Defendant, Guillermo Lopez-Velazquez and Counsel for Plaintiff, United State of America.

This Joint Status Report is in accordance with this Court's referral sheet, and Petty Offense Plea Agreement, filed on or about August 17, 2022.

The designated due date of February 17, 2023, for both parties to submit.  Both parties agree that Defendant has completed most of his special conditions, while being on unsupervised probation. As per the Petty Offense Plea Agreement, filed on or about August 17, 2022, Defendant

1  plead guilty to count one, operating a motor vehicle while under the influence of alcohol. Count
2  two operating a motor vehicle with a BAC of 0.08 grams and higher, was dismissed and count
3  three, driving with a revoked driver's license was also dismissed.

4      i.    $810.00 fine

5      ii.    Victim Impact Panel

6      iii.    DUI School

7      iv.    Alcohol Awareness

8      v.    Not to return to Lake Mead Recreational Area for a period of six months

9      vi.    Not to violate any local, state, or federal laws

10      Defendant has met the above-referenced conditions except for the Alcohol Awareness
11  course. We have attached all supporting certificates for the completed conditions hereto.
12      Counsel for Plaintiff, UNITED STATES OF AMERICA and counsel for Defendant,
13  GUILLERMO LOPEZ-VELAZQUEZ, jointly submit the foregoing status report and provide the
14  Court with the current progress of Defendant, GUILLERMO LOPEZ-VELAZQUEZ. With
15  respect to the 8-hour online alcohol awareness course, Defendant, considered this as part of the
16  / / /
17  / / /
18  / / /
19
20
21
22
23
24

DUI school and seeks additional time to offer the Court the completion of this condition.

Dated this 23rd day of February, 2023.                Dated this 23rd day of February, 2023.

*C. Ben Scroggins*                                            /s/ Imani Dixon, Esq.
_____                   _____
C. BENJAMIN SCROGGINS, ESQ.           IMANI DIXON, ESQ.
Nevada Bar No. 7902                                    Assistant United States Attorney
629 South Casino Center Boulevard            501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada  89101                           Las Vegas, Nevada  89101
Tel.:  (702) 328-5550                                     Tel.:  (702) 388-6138
Fax:  (702) 442-8660                                    Fax:  (702) 388-6418
info@cbscrogginslaw.com                            Imani.Dixon@usdoj.gov

*Attorney for Defendant*,                               *Attorney for Plaintiff*,
GUILLERMO LOPEZ-VELASQUEZ       UNITED STATES OF AMERICA

### ORDER

IT IS ORDERED that ECF No. 15 is GRANTED.

IT IS FURTHER ORDERED that Mr. Lopez-Velasquez must submit proof of completing his alcohol awareness course by 4/27/2023.

**IT IS SO ORDERED**
**DATED:** 5:19 pm, February 27, 2023

*[signature]*
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# Kelly

| | |
|---|---|
| **From:** | Dixon, Imani (USANV) <Imani.Dixon@usdoj.gov> |
| **Sent:** | Thursday, February 23, 2023 9:07 AM |
| **To:** | Kelly |
| **Cc:** | Alexander, Eileen (USANV) |
| **Subject:** | RE: 2023-02-21_Lopez - Joint Status Report_idedits.docx |

HI Kelly,

You may affix my signature.

Thank you,

**Imani Dixon, Esq.**
**Assistant United States Attorney**
U.S. Attorney's Office – District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, NV 89101
P: 702-388-6138

---

**From:** Kelly <kelly@cbscrogginslaw.com>
**Sent:** Thursday, February 23, 2023 8:43 AM
**To:** Dixon, Imani (USANV) <IDixon@usa.doj.gov>
**Cc:** Alexander, Eileen (USANV) <EAlexander@usa.doj.gov>
**Subject:** [EXTERNAL] RE: 2023-02-21_Lopez - Joint Status Report_idedits.docx
**Importance:** High

Thank you so much. Here is the fully executed final copy. Please respond confirming if you authorize your electronic signature.  We will await your response.

*Kelly Jarvi*
Legal Assistant to,
**The Law Firm of C. Benjamin Scroggins, Chtd.**
629 S. Casino Center Blvd., Suite 5
Las Vegas, NV 89101
Tel.: 702-328-5550
Fax: 702-442-8660
Email: kelly@cbscrogginslaw.com

NOTICE:  Please be advised that this email and any files transmitted with it may be confidential attorney work product or privileged attorney—client communication, or otherwise privileged and confidential.  It is intended solely for the individual or entity to whom it is addressed.  If you are not the intended recipient, please do not read, copy or re-transmit this communication, but instead contact the sender of this communication and please destroy it immediately.  Any unauthorized dissemination, distribution or copying of this communication is strictly prohibited.  No privileges as mentioned above are waived by the transmission of this message.

Nevada None - Las Vegas

Date: Oct 4, 2022 1:25PM

GUILLERMO ANTONIO LOPEZ-VELASQUEZ

| Rcpt. No: 200000658 | | Trans. Date: Oct 4, 2022 1:25PM | | | Cashier ID: #KF |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 700 | Criminal Debt | DNVX222MJ000370 /001<br>GUILLERMO ANTONIO LOPEZ-VELASQUEZ | 1 | 810.00 | 810.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CA | Cash | | $810.00 |
| | | Total Due: | $810.00 |
| | | Total Tendered: | $810.00 |
| | | Total Cash Received: | $810.00 |
| | | Cash Change Amount: | $0.00 |

**Comments**: 2:22-mj-00370-BNW $810.00

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

2:22-mj-00370-BNW





# DUI SOCIETY

## State of Nevada

### CERTIFICATE OF COMPLETION

**Guillermo Antonio Lopez-Velasquez**

has successfully completed

**NEVADA DUI (LEVEL 1) 8-HOUR ONLINE COURSE**

Nevada DMV Licensed DUI School: #01 DUI Society

DMV License #DUI00050042

Completed: November 26, 2022

Student Date of Birth: 12/08/1990

School Director

DUISociety.com • Call/Text: (702) 848-3944 • 3160 S. Valley View Blvd, Ste 108, Las Vegas, NV 89102
To verify school certificate, email Verify@DUISociety.com.

SCAN ME




# DUI SOCIETY
## State of Nevada
### CERTIFICATE OF COMPLETION

**Guillermo Antonio Lopez-Velasquez**

has successfully completed

**VICTIM IMPACT PANEL (Online)**

Nevada DMV Licensed DUI School: #01 DUI Society

DMV License #DUI00005042

Completed: November 26, 2022
Student Date of Birth: 12/08/1990

School Director



DUISociety.com • Call/Text: (702) 848-3944 • 3160 S. Valley View Blvd, Ste 108, Las Vegas, NV 89102
To verify school certificate, email Verify@DUISociety.com.

SCAN ME